# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

United States of America

                Plaintiff,

v.

Frank Alexander

                Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:16-cv-01468-APG

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment has been entered against the Defendant, Frank Alexander denying his § 2255 motion. A certificate of appealability is GRANTED.

10/2/18  
Date

DEBRA K. KEMPI  
Clerk

/s/ A. Reyes  
Deputy Clerk