# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Frank Alexander

                Petitioner,

v.

USA

                Defendant.

AMENDED JUDGMENT IN A CIVIL CASE

Case Number: 2:16-cv-01468-APG

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment has bee entered against the Petitioner denying Alexander's § 2255 motion.  A certificate of appealability is GRANTED.

10/12/18
Date

DEBRA K. KEMPI
Clerk

/s/ A. Reyes
Deputy Clerk