**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>FRANK ALEXANDER,<br><br>Defendant | Case No.: 2:99-cr-00363-APG<br><br>**Order Striking Motion for Early Termination of Supervised Release**<br><br>[ECF Nos. 35, 36] |

Defendant Frank Alexander passed away on August 28, 2019. ECF No. 33. Three years later, someone filed an unsigned motion for early termination of supervised release on Mr. Alexander's behalf. ECF No. 35. Mr. Alexander was not on supervised release because he is dead; and if he were alive he would still be in custody. The Government moves to strike the motion for early termination as a rogue document. ECF No. 36. I agree.

I THEREFORE ORDER that the Government's motion to strike **(ECF No. 36) is granted.** The motion for early termination **(ECF No. 35) is stricken from the record**.

DATED this 25th day of October, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE